UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

CEDRIC BISHOP *and on behalf of all other persons similarly situated*,

                       Plaintiff,

    -against-

MONTAUK YACHT SALES, LLC,

                       Defendant.

------------------------------------x

<u>ORDER</u>

19 Civ. 1807 (GBD)

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: NOV 01 2019]*

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       November 1, 2019

                                          SO ORDERED.

                                          */s/ George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge